UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| David Kelly, | § | CIVIL ACTION NO.  1:14-CV-25 |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| Eric H. Holder, Attorney General and | § | |
| Akal Security, Inc., | § | |
| Defendants. | § | A JURY IS DEMANDED |

### *Certificate of Financially Interested Persons/Entities*

Plaintiff, David Kelly, through his counsel, states that the following persons or legal entities have a financial interest in the outcome of this case:

1. David Kelly,

2. Butler & Harris,

3. Marek, Griffin & Knaupp,

4. Akal Security, Inc.,

5. United States Marshals Service; and

6. Eric H. Holder, Attorney General.

Respectfully submitted,

s/ Katherine L. Butler
State Bar No. 03526300
1007 Heights Boulevard
Houston, Texas  77008
(713) 526-5677
Fax (713) 526-5691
kathy@butlerharris.com
John W. Griffin, Jr.
State Bar No. 08460300

203 North Liberty Street
Victoria, Texas  77901
(361) 573-5500 – Telephone
(361) 573-5040 – Telecopier
jwg@lawmgk.com

Counsel for the Plaintiff

## Certificate of Service

I certify that a true and correct copy of this document has been served upon the defendants by filing it with the Court's ECF system on February 28, 2014

/s/ Katherine L. Butler